UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARMANDO SARINANA,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>ARMANDO PADILLA,<br><br>　　　　Defendant. | Case No. 18-cv-02547-WHA (RMI)<br><br>**REPORT OF PRO SE PRISONER EARLY SETTLEMENT PROCEEDING** |

A settlement conference was held on December 16, 2019, and the results of that proceeding are indicated below:

(1) The following individuals, parties, and/or representatives participated in the proceeding, and each possessed the requisite settlement authority:

　( X ) Plaintiff, Armando Sarinana, Pro Se

　(　) Warden or warden's representative

　( X ) Office of the California Attorney General, Sharon Garske and C. Hay-Mie Cho

　(　) Other:

(2) The following individuals, parties, and/or representatives did not appear:

_____

(3) The outcome of the proceeding was:

　( X ) The case has been completely settled.

　(　) The case has been partially resolved and counsel for defendants shall file a joint stipulation regarding those claims which have been resolved. The issues outlined on the sheet attached remain for this Court to resolve.

　(　) The parties are unable to reach an agreement at this time.

**IT IS SO ORDERED.**

Dated: December 19, 2019

ROBERT M. ILLMAN
United States Magistrate Judge